1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,            )     Case No.: 5:20-cr-00141-JGB
                                     )
11                                   )
                     Plaintiff,      )     ORDER OF DETENTION PENDING
12                                   )     FURTHER REVOCATION
          v.                         )     PROCEEDINGS
13                                   )     (FED. R. CRIM. P. 32.1(a)(6); 18
                                     )     U.S.C. § 3143(a)(1))
14   Charles Edward Young            )
                                     )
                     Defendant.      )
15   _____)

16         The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the __Central__ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20         Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (×)    The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (×)    information in the Pretrial Services Report and Recommendation

26              (×)    information in the violation petition and report(s)

27              (×)    the defendant's nonobjection to detention at this time

28              (  )    other: _____

                                          1

1      and/ or

2 B. (×)    The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the safety

4      of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c).  This finding is based on the following:

6      (×)    information in the Pretrial Services Report and Recommendation

7      (×)    information in the violation petition and report(s)

8      (×)    the defendant's nonobjection to detention at this time

9      ( )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: 03/03/2025 _____

15            SHASHI H. KEWALRAMANI

            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28